UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:16-cv-00021-BMM |
| v. | ) ) | **ORDER** |
| U.S. BUREAU OF LAND MANAGEMENT, *et al.* | ) ) ) | |
| Federal Defendants. | ) | |

The Court has reviewed the parties' Joint Proposed Case Management Plan

and hereby enters the following order:

A.    Federal Defendants are not required to file an Answer.

B.    Federal Defendants will serve an administrative record on Plaintiffs' counsel

and prospective Intervenors' counsel, if any, on or before March 31, 2017. The

administrative record will be submitted to the parties in electronic format in an

indexed and searchable format to the extent feasible.

C.    After Federal Defendants serve the administrative record on Plaintiffs'

counsel and prospective Intervenors' counsel, if any, the Parties will endeavor to

resolve any outstanding issues or disputes regarding the content of the

administrative record. Plaintiffs agree to confer with Federal Defendants regarding any record disputes on or before May 26, 2017.

D.      The Parties shall file any motions other than motions related to the administrative record or for summary judgment on or before May 26, 2017.  This includes any motions to amend the pleadings.

E.      Federal Defendants will certify and lodge an administrative record with the Court and serve that administrative record on Plaintiffs' counsel and prospective Intervenors' counsel on or before June 16, 2017.

F.      Plaintiffs will have until June 23, 2017 to file any motions objecting to the content of the administrative record or seeking to supplement the record. Federal Defendants reserve the right to oppose any such motions. Such motions, if filed, will cancel the Parties' briefing schedule proposed below. The Parties agree to file a revised briefing schedule within 21 days of the Court's Order resolving any such motions.

G.      If no motions related to the administrative record are filed, Plaintiffs will file their motion for summary judgment and memorandum in support, as well as any declarations in support of their standing, by July 14, 2017. Plaintiffs' brief shall be limited to 8000 words.

H.     Federal Defendants will file their combined response to Plaintiffs' motion

and cross-motion for summary judgment by August 11, 2017. Federal Defendants'

combined brief shall be limited to 8000 words.

I.     Intervenor-Defendants, if any, would file their combined responses to

Plaintiffs' motion and cross-motion for summary judgment by August 18, 2017.

Intervenor-Defendants' combined briefs shall be limited to 6500 words.

J     Plaintiffs will file their combined reply in support of summary judgment and

response to Federal Defendants' and Intervenor-Defendant's cross-motions for

summary judgment by September 8, 2017. Plaintiffs' combined reply-response

brief to both cross-motions shall be limited to 6500 words.

K.     Federal Defendants will file their reply in support of summary judgment by

September 29, 2017. Their reply brief shall be limited to 4000 words.

L.     Intervenor-Defendants, if any, would file their reply in support of summary

judgment by October 6, 2017. Their reply brief shall be limited to 3250 words.

DATED this 16th day of February, 2017

_____
Brian Morris
United States District Court Judge