# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior, *et al.*, <br><br>Defendants. | CV 16-21-GF-BMM <br><br>ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AS DEFENDANT-INTERVENOR |

Applicant for Intervention, Cloud Peak Energy Inc. ("Cloud Peak"), moves to intervene in the above-captioned case as a Defendant-Intervenor pursuant to Federal Rule of Civil Procedure 24. As set forth in its Brief in Support of Unopposed Motion to Intervene as Defendant-Intervenor, Cloud Peak meets the threshold required for intervention as of right, or, in the alternative, permissive intervention. Plaintiffs and Federal Defendants take no position on the motion.

Cloud Peak will abide by the terms set forth in the Court's February 16, 2017 Order approving the parties' Joint Case Management Plan.

**IT IS HEREBY ORDERED**, that Cloud Peak's Unopposed Motion to Intervene as Defendant-Intervenor is **GRANTED**. Cloud Peak is not required to file an Answer.

**IT IS ALSO ORDERED** that Defendant-Intervenor Cloud Peak shall file their Motion for Pro Hac Vice (Doc. 37, Ex. 3) and comply with Local Rule 83.1(d).

Dated this 8th day of March, 2017.

_____
Brian Morris
United States District Court Judge