IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior, *et al.*, <br><br>Defendants, <br><br>and <br><br>CLOUD PEAK ENERGY, INC. <br><br>Defendant-Intervenor. | CV 16-21-GF-BMM <br><br>**ORDER GRANTING *PRO HAC VICE* APPLICATION OF ANDREW C. EMRICH** |

Defendant-Intervenor Cloud Peak Energy, Inc. has moved for admission of Andrew C. Emrich (Mr. Emrich) to practice before this Court in this case with William W. Mercer to act as local counsel. (Doc. 40) Mr. Emrich's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Defendant-Intervenor's motion to allow Mr. Emrich to appear on their behalf is **GRANTED** on the following conditions:

1. Local counsel, Mr. Mercer will be designated as lead counsel or as co-lead counsel with Mr. Emrich. Mr. Erich must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Mercer shall also shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Emrich, within fifteen (15) days from the date of this Order have filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Emrich.

DATED this 8th day of March, 2017.

_____
Brian Morris
United States District Court Judge