# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, MONTANA ENVIRONMENTAL INFORMATION CENTER, POWDER RIVER BASIN RESOURCE COUNCIL, NORTHERN PLAINS RESOURCE COUNCIL, SIERRA CLUB, and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; SALLY JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior, NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management; and JANICE SCHNEIDER, in her official capacity as Assistant Secretary of Land and Minerals Management of the U.S. Department of the Interior,<br><br>    Defendants. | CV-16-21-GF-BMM<br><br>**ORDER** |

Intervenor State of Wyoming has moved for admission of James Kaste (Mr. Kaste), (Doc. 47), to practice before this Court in this case with David C. Dalthorp of Jackson, Murdo & Grant, P.C. to act as local counsel. Mr. Kaste's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Intervenor State of Wyoming's motion to allow Mr. Kaste to appear on their behalf (Doc. 47) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Dalthorp, will be designated as lead counsel or as co-lead counsel with Mr. Kaste. Mr. Kaste must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Dalthorp, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Kaste, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Kaste.

DATED this 12th day of April, 2017.

_____
Brian Morris
United States District Court Judge