# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, MONTANA ENVIRONMENTAL INFORMATION CENTER, POWDER RIVER BASIN RESOURCE COUNCIL, NORTHERN PLAINS RESOURCE COUNCIL, SIERRA CLUB, and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; SALLY JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior, NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management; and JANICE SCHNEIDER, in her official capacity as Assistant Secretary of Land and Minerals Management of the U.S. Department of the Interior, <br><br> Defendants. | CV-16-21-GF-BMM <br><br> **ORDER** |

Intervenor-Defendants State of Wyoming (Wyoming) moved for admission of Elizabeth Morrisseau (Ms. Morrisseau), (Doc. 62), to practice before this Court in this case with David C. Dalthorp of Jackson, Murdo & Grant, PC to act as local

counsel. Ms. Morrisseau's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:** Wyoming's motion to allow Ms. Morrisseau to appear on their behalf (Doc. 62) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Dalthorp, will be designated as lead counsel or as co-lead counsel with Ms. Morrisseau. Ms. Morrisseau must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Dalthorp, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Morrisseau, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3. Admission is personal to Ms. Morrisseau.

DATED this 12th day of June, 2017.

/s/ Brian Morris
Brian Morris
United States District Court Judge