UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, *et al.*, | |
| Plaintiffs, | Case No. 4:16-cv-00021-BMM |
| v. | **ORDER** |
| U.S. BUREAU OF LAND MANAGEMENT, *et al.* | |
| Federal Defendants. | |

The Plaintiffs have filed a motion for an order on procedural matters related to the parties' merits briefing per the schedule set out in the Court's February 16, 2017 Order (ECF 36). The Court grants this motion. The Court will allow arguments on remedies, if necessary, in separate briefing after a decision on the merits is reached.

DATED this 17th day of July, 2017.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge