UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOUE COUNCILS, et al.<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior, et al.<br><br>Defendant. | Case No. CV-16-21 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiffs' Motion for Summary Judgment (Doc. 72) is **GRANTED IN PART** with regard to Claim 1, Claim 3, and Claim 5, and **DENIED IN PART** with regard to Claim 2, Claim 4, and Claim 6, in accordance with the above Order.

2. Federal Defendants' Cross-Motion for Summary Judgment (Doc. 72),

Intervenor-Defendants BTU Western Resources and Peabody Caballo Mining's Cross-Motion for Summary Judgment (Doc. 84), and Intervenor-Defendant Cloud Peak Energy's Cross-Motion for Summary Judgment (Doc. 87), are **GRANTED IN PART** with regard to Claim 2, Claim 4, and Claim 6, and **DENIED IN PART** with regard to Claim 1, Claim 3, and Claim 5, in accordance with the above Order.

Dated this 23rd day of March, 2018.

                      TYLER P. GILMAN, CLERK

                      By: /s/ Megan Stewart
                      Megan Stewart, Deputy Clerk