UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, AN AGENCY WITHIN THE U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No. CV-16-21 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1) Federal Defendants shall complete, within sixteen months of today's date and no later than November 29, 2019, new coal screening and remedial NEPA analyses in compliance with the Court's March 26, 2018 Order (Doc. 111).

2) Any new or pending leases of coal, oil, or gas resources in the planning areas subject to the Buffalo RMP and the Miles City RMP must undergo comprehensive environmental analyses in compliance with the Court's March 26, 2018 Order (Doc. 111) and all existing procedural

requirements under NEPA and the APA.

3) The Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendants on Claim 1, Claim 3, and Claim 5, in accordance with the Court's March 26, 2018 Order (Doc. 111)

4) The Clerk of Court is directed to enter judgment in favor of Defendants/Intervenors and against Plaintiffs on Claim 2, Claim 4, and Claim 6, in accordance with the Court's March 26, 2018 (Doc. 111).

5) Federal Defendants' Motion to Reconsider (Doc. 112) is DENIED AS MOOT.

6) Federal Defendants' and Defendant-Intervenors' Motions for Leave to File Response to Plaintiffs' Remedies Brief (Docs. 117, 119) are DENIED AS MOOT.

Dated this 31st day of July, 2018.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk