## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT *et al.*,<br><br>Defendants. | Case No. CV-16-21-GF-BMM<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE AND TO STAY PROCEEDINGS RELATED TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

BEFORE this Court is the joint motion for a continuance and stay of Plaintiffs Western Organization of Resource Council, et al., and Federal Defendants. The Court having reviewed the joint motion, being fully informed in the premises, and with good cause having been established, finds that the joint motion shall be GRANTED. IT IS HEREBY ORDERED that all proceedings in this case shall be stayed for sixty days until March 5, 2019.

Dated this 31st day of January, 2019.

Brian Morris
United States District Court Judge