IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| WESTERN ORGANIZATION OF RESOURCE COUNCILS *et al.*, | Case No. CV-16-21-GF-BMM |
|---|---|
| Plaintiffs, | **ORDER CLARIFYING STAY** |
| vs. | |
| U.S. BUREAU OF LAND MANAGEMENT *et al.*, | |
| Defendants. | |

BEFORE this Court is the joint motion of Plaintiffs Western Organization of Resource Council, et al., and Federal Defendants to clarify the stay granted by this Court on January 31, 2019. The Court having reviewed the joint motion, being fully informed in the premises, and with good cause having been established, finds that the joint motion shall be GRANTED.

IT IS HEREBY ORDERED that the stay granted by this Court in its order of January 31, 2019, shall extend up to and including April 1, 2019.

Dated this 13th day of March, 2019.

*/s/ Brian Morris*
_____
Brian Morris
United States District Court Judge