JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

SHAUN M. PETTIGREW, Trial Attorney
JOHN S. MOST, Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3895 (Pettigrew)
         (202) 616-3353 (Most)

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT *et al.*, <br><br> Defendants. | Case No. CV-16-21-GF-BMM <br><br> **JOINT MOTION TO EXTEND STAY OF PROCEEDINGS RELATED TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiffs Western Organization of Resource Councils, et al. (collectively "WORC"), moved for attorneys' fees and costs on January 31, 2019, ECF No. 138. The same day, WORC moved to stay briefing on that motion to allow the parties

time for settlement negotiations. ECF No. 140. The Court entered a stay until April 1, 2019. ECF No. 143

The parties have tentatively agreed to settle the issue of attorneys' fees and costs subject to final approval from Federal Defendants. To ensure sufficient time to obtain such approval, the Parties jointly move to extend the stay of briefing on WORC's motion for attorneys' fees until May 31, 2019.

Pursuant to Local Rule 7.1(c)(3), a proposed order is included as Attachment 1 to this motion.

Respectfully submitted this 29th day of March 2019,

/s/ *Laura King*
Laura King
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4852
king@westernlaw.org

*Attorney for Plaintiffs*

/s/ *Shaun M. Pettigrew*
Shaun M. Pettigrew
Trial Attorney | Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D Street, NW | Washington, DC 20004
T: (202) 305-3895 | C: (202) 532-5973

*Attorney for Federal Defendants*