# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MANAGEMENT *et al.*, <br><br> Defendants. | Case No. CV-16-21-GF-BMM <br><br><br> **ORDER EXTENDING STAY** |

BEFORE this Court is the joint motion of Plaintiffs Western Organization of Resource Council, et al., and Federal Defendants to extend the stay of briefing on Plaintiffs' motion for attorneys' fees and costs granted by this Court on January 31, 2019, and clarified on March 13, 2019. ECF Nos. 141, 143. The Court having reviewed the joint motion, being fully informed in the premises, and with good cause having been established, finds that the joint motion shall be GRANTED.

IT IS HEREBY ORDERED that the stay of briefing on Plaintiffs' motion for attorneys' fees and costs shall extend up to and including May 31, 2019.

Dated this 1st day of April, 2019.

/s/ Brian Morris

Brian Morris
United States District Court Judge